WILLIAM HEGIERSKI, as Administrator of the Estate of JOHN HEGIERSKI, Deceased, Respondent, v. UNITED STATES GYPSUM COMPANY, Appellant.

Argued April 10, 1946; decided May 29, 1946.

*Casper V. Baltensperger, Everest A. Judd, Wallace J. Stakel* and *Wendell J. Brown* for appellant.

*William L. Clay* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.